UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CIVIL ACTION NO. 6:10-CV-00081-GFVT

*Electronically Filed*

Eastern District of Kentucky
F I L E D
DEC 1 1 2015
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

FREDDIE GREGORY )
    Plaintiff, )
)
VS. )
)
)
PHILLIP BURNETT )
    Defendant. )
)
)

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff, Freddie Gregory, and the Defendant, Phillip Burnett, have agreed to a dismissal with prejudice of this action as evidenced by the signatures below. As the Court is now sufficiently advised, IT IS HEREBY ORDERED as follows:

1. The Plaintiff's Complaint is dismissed with prejudice.

2. This action shall be removed from the Court's docket forthwith.

IT IS SO ORDERED this the 11th day of December, 2015.

HON. GREGORY F. VAN TATENHOVE
Judge, U.S. District Court
Eastern District of Kentucky
London Division

HAVING SEEN AND AGREED TO BY:

FREDDIE GREGORY
*Plaintiff*

BRENDA POPPLEWELL
*Counsel for the Plaintiff*

BRADFORD L. BREEDING
*Counsel for the Defendant*

DISTRIBUTION:

Brenda Popplewell                                ( ___ )
307 West Mount Vernon Street
Somerset, KY  42501
Brenda@brendapopplewell.com
  *Counsel for the Plaintiff*

Matt Feltner                                     ( ___ )
Kentucky State Police
919 Versailles Road
Frankfort, KY  40601
matt.feltner@ky.gov
  *Co-Counsel for Defendant, Commander Phillip J. Burnett*

2

Bradford L. Breeding                                          (\_\_\_)
Kelley, Brown & Breeding
P.O. Drawer 490
London, KY 40743-0490
<u>blbreeding@kbblaw.net</u>
    *Co-Counsel for Defendant, Commander Phillip J. Burnett*

James C. Tauziac                                              (\_\_\_)
Kelley, Brown & Breeding
P.O. Drawer 490
London, KY 40743-0490
<u>jtauziac@kbblaw.net</u>
    *Co-Counsel for Defendant, Commander Phillip J. Burnett*

Freddie Gregory                                               (\_\_\_)
P.O. Drawer 47
Fourmile, KY 40937

_____   /   Date
Clerk's Initials

BLB/kk/100815 Agreed Order of Dismissal (Burnett v. Gregory)